UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-2160 SVW (FFM) | Date | April 25, 2016 |
|---|---|---|---|
| Title | JESUS LOPEZ v. RAYMOND MADDEN | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   **(IN CHAMBERS) ORDER REGARDING MARCH 11, 2016 OSC RE UNTIMELINESS**

  On March 11, 2016, the Court ordered petitioner to show cause, within 15 days, why his habeas petition should not be dismissed for untimeliness. (Docket No. 5 (the "OSC").) On April 13, 2016, petitioner filed a document averring that he never received the OSC and was not aware of its existence until April 6, 2016, when he received a copy of the docket herein. Petitioner asserts that he needs a copy of the OSC in order to respond to it.

  The Court directs the clerk of the court to send a copy of the OSC to petitioner. The Court further grants petitioner an extension of time to respond to the OSC. Petitioner must respond to the OSC within 15 days of the date of this order. If petitioner fails to provide a timely response to the OSC, the Court will recommend that his petition be dismissed as time-barred.

  IT IS SO ORDERED.

|  | : |
|---|---|
| Initials of Preparer | JM |